113 A.3d 810

**In re Petition to EMPANEL SECOND INDICTING GRAND JURY.**

**Petition of Hon. Paul M. Yatron, President Judge of Berks County.**

**No. 59 MM 2015.**

Supreme Court of Pennsylvania.

April 30, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of April, 2015, the Petition to Empanel Second Indicting Grand Jury is **GRANTED.** *See* Pa.R.Crim.P. 556, Comment and Historical Notes.